Nithin Kumar - State Bar No. 300607
    nithin@kingfisherlawapc.com
KINGFISHER LAW APC
P.O. Box 492415
Los Angeles, California 90049-9998
Telephone: (408) 930-3580

Attorneys for Plaintiff Daniel Cuellar

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DISTRICT

| | |
|---|---|
| DANIEL CUELLAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SWISSLOG LOGISTICS, INC., a Virginia corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 5:23-cv-00422-SHK<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**<br><br>*[Concurrently filed with [Proposed] Order]* |

1

1

**STIPULATION**

2    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

3 Plaintiff Daniel Cuellar and Defendant Swisslog Logistics, Inc., by and through their

4 respective counsel of record, hereby stipulate that the above-referenced action be

5 voluntarily dismissed with prejudice as to all claims, causes of action, and parties,

6 with each party bearing their own attorneys' fees and costs.

7    **IT IS SO STIPULATED**.

8

9    Pursuant to Local Rule 5-4.3.4, Nithin Kumar hereby attests as the filer that

10 all of the other signatories listed below concur in this stipulation's content and have

11 authorized its filing.

12

13 DATED:  September 20, 2023        KINGFISHER LAW APC

14

15                                By:_____*/s/ Nithin Kumar*_____

16                                     Nithin Kumar
                                       Attorneys for Plaintiff
17                                     Daniel Cuellar

18

19 DATED:  September 20, 2023        LITTLER MENDELSON, P.C.

20

21                                By:_____*/s/ Nathaniel H. Jenkins*_____

22                                     Laura E. Hayward
                                       Nathaniel H. Jenkins
23                                     Fay K. Saechao
                                       Attorneys for Defendant
24                                     Swisslog Logistics, Inc.

25

26

27

28

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE