JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DISTRICT

| | |
|---|---|
| DANIEL CUELLAR, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SWISSLOG LOGISTICS, INC., a Virginia corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:23-cv-00422-SHK<br><br>[~~PROPOSED~~] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL |

**[PROPOSED] ORDER**

The Court has reviewed the Stipulation for Voluntary Dismissal with Prejudice submitted by Plaintiff Daniel Cuellar and Defendant Swisslog Logistics, Inc.

IT IS HEREBY ORDERED that the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear their own respective attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED**.

DATED: 09/22/2023

_____
HON. SHASHI KEWALRAMANI
United States Magistrate Judge